UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | ED CV 15-1262-MMM (AS) | Date | January 6, 2016 |
|---|---|---|---|
| Title | *James Daniel Napuunoa v. Kalib, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   **Order to Show Cause Re: Lack of Prosecution**

On June 29, 2015, Plaintiff James Daniel Napuunoa ("Plaintiff") filed a *pro se* civil rights Complaint, pursuant to 42 U.S.C. § 1983. (Docket Entry No. 1). On August 10, 2015, Plaintiff filed an Amended Complaint, again pursuant to 42 U.S.C. § 1983. (Docket Entry No. 6). On September 22, 2015, the Court dismissed Plaintiff's Amended Complaint with leave to amend. (Docket Entry No. 11). The deadline for Plaintiff to file a First Amended Complaint was October 22, 2015. (See id. at 18).

To date, Plaintiff has failed to file a First Amended Complaint or communicate with the Court in any way. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **Friday, February 5, 2016**, why this action should not be dismissed with prejudice for failure to prosecute and failure to obey a court order. This Order will be discharged upon the filing of a First Amended Complaint that cures the deficiencies in the last pleading, or by filing a declaration under penalty of perjury stating why Plaintiff is unable to do so.

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A notice of dismissal form is attached for Plaintiff's convenience. Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | ED CV 15-1262-MMM (AS) | Date | January 6, 2016 |
|---|---|---|---|
| Title | *James Daniel Napuunoa v. Kalib, et al.* | | |

Cc: Margaret M. Morrow
    United States District Judge

                                                    0  :  00
                            Initials of Preparer      AF