UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| JAMES DANIEL NAPUUNOA, | ) | NO. ED CV 15-1262-SVW (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| DR. KALIB, et. al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   November 22, 2016   .

/s/ Stephen V. Wilson
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE